# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| JENNIFER S. JENKINS<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL LABORATORIES OF EASTERN IOWA, INC.<br><br>Defendant. | CIVIL CASE No. 11-31-LRR<br><br>(LINN COUNTY CASE NO.: LACV71633)<br><br>PETITION FOR REMOVAL |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Medical Laboratories of Eastern Iowa, Inc. ("MedLabs") hereby gives notice of its removal of the above captioned action from the Iowa District Court for Linn County to this United States District Court for the Northern District of Iowa.

In support of its Petition, MedLabs hereby sets forth the below statements relevant to this Petition:

1.  On or about February 10, 2011, Jennifer S. Jenkins, Plaintiff, commenced this action against MedLabs by serving it with a copy of the Summons and Complaint. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit A.

2.  No other pleadings have been filed by either party in the state court action, Linn County District Court, Case No. LACV71633.

3. Plaintiff's Complaint includes claims arising under the Americans with Disabilities Act (ADA), as amended, 42 U.S.C. §12101, *et. seq.* *See,* Petition at Law, Exhibit A.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that this action arises under the laws of the United States. *See,* Petition at Law, Exhibit A.

5. This Court may exercise supplemental jurisdiction over all the other claim pleaded in Plaintiff's Petition, Exhibit A, pursuant to 28 U.S.C. § 1367(a), in that the claims are so related to the claim within the original jurisdiction of this Court that the claims form part of the same case or controversy.

6. The above-entitled action is one that may be removed to this Court by MedLabs pursuant to the provisions of 28 U.S.C. §1441 and 28 U.S.C. §1446.

7. This Court is the District Court of the United States for the district and division embracing the place where the action is currently pending.

8. This Petition for Removal is filed with this Court within 30 days after receipt by MedLabs of a copy of the initial pleadings, through service of process or otherwise, setting forth the claims for relief on which this action is based. *See,* Proof of Service, Exhibit B.

9. True and correct copies of this Petition for Removal, with accompanying exhibits, and the Notice of Removal directed to the state court are being served upon counsel for Plaintiff and filed with the Office of the Clerk of Court for the Iowa District Court for Linn County on this date, in accordance with the requirements of 28 U.S.C.

2

§1446(d). Attached hereto as Exhibit C is a true and correct copy of the Notice of Removal filed with the State Court to which this Petition and attachments were appended.

**WHEREFORE**, Medical Laboratories of Eastern Iowa, Inc., Defendant, respectfully requests that the instant action, currently pending in the Iowa District Court for the County of Linn, be removed therefrom to this United States District Court for the Northern District of Iowa.

Respectfully submitted,

Date: March 11, 2011

<u>/s/ Glenn Johnson</u>
GLENN JOHNSON (AT0003856)
NYEMASTER, GOODE, WEST, HANSELL
& O'BRIEN, PC
625 First Street SE, Suite 400
Cedar Rapids, IA 52401
Telephone: 319.286.7000
Facsimile: 319.286.7050
Email: gjohnson@nyemaster.com

ATTORNEY FOR DEFENDANT
MEDICAL LABORATORIES OF EASTERN
IOWA, INC.

Copy to:

Matt J. Reilly
EELLS & TRONVOLD LAW OFFICES, P.L.C.
1921 51st Street NE
Cedar Rapids, IA 52402

ATTORNEY FOR PLAINTIFF

---

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on <u>March 11, 2011</u> by:

[ x ] Electronically via ECF for ECF registrants
[ x ] U.S. Mail
[  ] Fax _____
[  ] Fed Ex _____
[  ] Hand Delivered _____
[  ] other _____

<u>/s/ Glenn Johnson</u>

---