IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JENNIFER S. JENKINS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MEDICAL LABORATORIES OF EASTERN IOWA, INC.,<br><br>　　　　Defendant. | No. C 11-31<br><br>JUDGMENT |

**DECISION BY COURT.** This action came the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to an Order (doc. 23) filed on July 20, 2012:

That plaintiff recover nothing, and this action is dismissed.

Dated July 20, 2012

　　　　　　　　　　　　　　　　　　　ROBERT L. PHELPS
　　　　　　　　　　　　　　　　　　　CLERK

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Deputy Clerk