IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JENNIFER S. JENKINS )  | | |
|     Plaintiff, ) | CIVIL CASE No. 1:11-31-LRR | |
| ) | | |
| vs. ) | | |
| ) | | |
| MEDICAL LABORATORIES OF ) | NOTICE OF APPEAL | |
| EASTERN IOWA, INC. ) | | |
|     Defendant. ) | | |

Notice is hereby given pursuant to FRAP 4(a)(1)(A) that Plaintiff Jennifer S. Jenkins hereby appeals to the United States Court of Appeals for the Eighth Circuit all adverse Judgments, Rulings, Orders, and Decisions in this case, including, but not limited to an Order granting Defendant's Summary Judgment Motion and Denying Plaintiff's Motion to Strike [Docket No. 23 – filed July 20, 2012], and the judgment that was filed therewith. [Docket No. 24 – filed July 20, 2012]

                                                    Respectfully Submitted,

By:   */s/ Matt J. Reilly*
        Matt J. Reilly    AT0006541
        **EELLS & TRONVOLD LAW OFFICES, P.L.C.**
        1921 51st Street N.E.
        Cedar Rapids, Iowa 52402
        Phone: 319/393.1020
        Facsimile: 319/393.4000
        Matt@eells-tronvold.com
        *ATTORNEY FOR PLAINTIFF*

ORIGINAL FILED. COPY TO:

Glen Johnson
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, PC
625 First Street SE, Suite 400
Cedar Rapids, IA 52401
*ATTORNEY FOR DEFENDANT*

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause and/or to each of the attorneys of record herein at their respective addresses, as disclosed in the pleadings, on the **16th day of August, 2012**.

| By: | ☐ U.S. Mail | **X CM/ECF** |
|---|---|---|
| | ☐ Hand Delivery | ☐ Facsimile |
| | ☐ Federal Express | ☐ Other |
| | ☐ United Parcel | |

                /s/ Amy E. Swayne